**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6788**

_____

ELIJAH BUCKLEY,

Plaintiff - Appellant,

versus

JACK FREUND, Doctor for Richmond City Jail;
DIRCK L. BRENDLINGER, PRCC Orthopedist; DR.
OFOGH, LUCC Doctor,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-99-1682-AM)

_____

Submitted: February 25, 2002          Decided: May 9, 2002

_____

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Elijah Buckley, Appellant Pro Se. Elizabeth Stanulis Skilling, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia; Edward Joseph McNelis, III, RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elijah Buckley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Buckley v. Freund</u>, No. CA-99-1682-AM (E.D. Va. filed Mar. 13, 2001; entered Mar. 14, 2001). We deny Buckley's motion for an extension of time to file a supplemental brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>